■ In the Matter of MORTON H. SMILEY, an Attorney.—Motions granted and respondent is reinstated as an attorney and counselor at law in the State of New York. Concur—Murphy, P. J., Kupferman, Birns, Sandler and Markewich, JJ.